IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NIMMALA, KARTHIK,<br><br>PLAINTIFF,<br><br>*v.*<br><br>TODD BLANCHE, ACTING UNITED STATES ATTORNEY GENERAL; MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR OF THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; SHINEKA SCOTT MILLER, DISTRICT DIRECTOR, ATLANTA; APRIL G. WALKER, ATLANTA FIELD OFFICE DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES;<br><br>DEFENDANTS. | Civil Action No.<br><br>1:26-cv-02021-AT |

## ORDER GRANTING DEFENDANTS' MOTION TO REMAND

This matter came before the Court on the Defendants' Unopposed Motion to Remand this matter to United States Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b). Defendants' Motion seek an order remanding jurisdiction of Plaintiff's Form N-400, Application for Naturalization, back to USCIS and ordering USCIS to adjudicate the Form N-400 no later than 60

days after the date of this Order. Plaintiff, through counsel, did not oppose Defendants' Motion to Remand.

Having reviewed the Motion and applicable law, the Court hereby finds that there is good cause to grant the Motion. The Court finds that remand to USCIS is appropriate and will exercise its discretion to remand this matter to USCIS, thereby allowing the administrative process to run its course and providing USCIS an opportunity to utilize its expertise in adjudicating naturalization applications. Accordingly, it is hereby ORDERED that, pursuant to 8 U.S.C. § 1447(b), the Court remands jurisdiction to USCIS to adjudicate Petitioner's Application for Naturalization by no later than 60 days (or the next business day, if a weekend of federal holiday) after the date of this Order.

The clerk is directed to CLOSE this matter. In the event that USCIS does not adjudicate Plaintiff's application for naturalization, Form N-400, within 30 days, Plaintiff may move to reopen this matter.

So ordered, this 14th day of July, 2026.

HONORABLE A. TOTENBERG
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Darcy Coty*
DARCY COTY

*Assistant United States Attorney*